## 61561. DEMMING v. MACK.

BANKE, Judge.

The decision of this court in *Demming v. Mack,* 157 Ga. App. 808 (278 SE2d 685) (1981) is hereby vacated in accordance with the decision of the Supreme Court in *Mack v. Demming,* 248 Ga. 117 (281 SE2d 591) (1981), and the case is remanded to the trial court for further proceedings in accordance with the Supreme Court decision.

*Judgment vacated and case remanded. Deen, P. J., and Carley, J., concur.*

DECIDED OCTOBER 9, 1981.

*Jerry D. Sanders,* for appellant.
*Jacob Beil,* for appellee.